NO. CAAP-12-0000826

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


HUI Z. CHEN, Plaintiff-Appellant, v.
THOMAS J. HOEFLINGER, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 05-1-0279)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant's Appeal for Reconsideration of the Intermediate Court Appeal Decision on the Denied Motion for Granting an Order to Mark Related Above-Captioned Files as "Confidential" Including Opinion of the Intermediate Court of Appeals No. 28808; Including, filed on February 20, 2014 ("Motion for Reconsideration"), and the records and files, in appears that: (1) the Summary Disposition Order for this case was filed on February 7, 2014; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 40, a party may file a motion for reconsideration "only within 10 days after the filing of the . . . dispositional order . . . unless by special leave additional time is granted . . ."; (3) the deadline to file the Motion for Reconsideration was February 18, 2014; (4) judgment on the appeal was filed on February 20, 2014; and (5) the Motion for

Reconsideration is untimely.  Therefore,

IT IS HEREBY ORDERED that the February 20, 2014 Motion for Reconsideration is denied.

DATED:  Honolulu, Hawai'i, February 25, 2014.

Presiding Judge

Associate Judge

Associate Judge